**ESTATE OF: Bernice M. KANE, Power of Attorney**

**Petition of: Lauren Hope Kane**

**No. 363 MAL 2017**

Supreme Court of Pennsylvania.

October 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.